# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LETICIA SANDOVAL-HERNANDEZ (5),<br><br>    Defendant. | Case No. 94CR1113-JO<br><br>Booking No. 42635-198<br><br>JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States and good cause having been shown, the Court grants the United States' motion to dismiss without prejudice the Indictment and Superseding Indictment in the above-entitled case against defendant Leticia Sandoval-Hernandez. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 6/13/2022

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE